**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  WEAVER      WILLIE
      (Last)      (First)      (Initial)

Prisoner Number  J-91389

Institutional Address  PELICAN BAY STATE PRISON
P.O. Box 7000 Crescent City, CA. 95531

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(Enter the full name of plaintiff in this action.)

vs.

CORRECTIONAL
OFFICER DANIAL

(Enter the full name of the defendant(s) in this action)

Case No. 07 5961
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

   **[Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement  P.S.U

   B.  Is there a grievance procedure in this institution?
       YES (✓)   NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?
       YES (✓)   NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    - 1 -

1 |         1. Informal appeal _____
2 |         _____
3 |         _____
4 |         2. First formal level_____
5 |         _____
6 |         _____
7 |         3. Second formal level_____
8 |         _____
9 |         _____
10 |        4. Third formal level _____
11 |        _____
12 |        _____
13 |   E.   Is the last level to which you appealed the highest level of appeal available to
14 |        you?
15 |              YES (✓)     NO ( )
16 |   F.   If you did not present your claim for review through the grievance procedure,
17 | explain why. __STILL BEING PROCESSED_____
18 | _____
19 | _____
20 | II.   Parties.
21 |   A.   Write your name and your present address. Do the same for additional plaintiffs,
22 |        if any.
23 | __WILLIE WEAVER PELICAN BAY STATE PRISON__
24 | __P.O. Box 7000 CRESCENT CITY, CA. 95531__
25 | _____
26 |   B.   Write the full name of each defendant, his or her official position, and his or her
27 |        place of employment.
28 | __CORRECTIONAL OFFICER DANIAL__

COMPLAINT                    - 2 -

1
2
3
4
5   III.   Statement of Claim.
6        State here as briefly as possible the facts of your case. Be sure to describe how each
7   defendant is involved and to include dates, when possible. Do not give any legal arguments or
8   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9   separate numbered paragraph.
10  CORRECTIONAL OFFICER DANIAL
11  REFUSED TO STOP HARRASSING
12  PLAINTIFF, SLAMING PLAINTIFF
13  TRAY SLOT, PUTTING CUFFS ON TO
14  TITE ALL ON THE DATE 11/13/07
15  ALSO ON 11/13/07 CORRECTIONAL
16  OFFICER DANIAL TOLD PLAINTIFF FUCK
17  YOU. PLAINTIFF HAVE HAD PROBLEMS
18  OF HARRASSMENTS FROM THIS CORRECT-
19  -IONAL OFFICER OVER 10 42 U.S.C 1983
20  COMPLAINTS AGAINST THIS CORRECTIONAL
21  OFFICER, THIS CORRECTIONAL OFFICER SHOWED
22  DELIBERATE INDIFERENCE UNDER THE EIGHT
23  AMENDMENT THAT CONSTITUE CRUEL
    IV.  Relief.  UNUSUAL PUNISHMENT
24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  LIABILITY DAMAGES : 25,000 TWENTY
27  FIVE THOUSAND DOLLARS DUE TO
28  CONSPIRACY, HARRAMENTS, VIOLATION
    OF CONSTITUTION RIGHTS

COMPLAINT                    - 3 -

1  PUNITIVE DAMAGES : 25.000 TWENTY
2  FIVE THOUSAND DOLLARS DUE TO
3  MENTAL ANGUISH, STRESS DISORDER,
4  SECONDARY DEPRESSIVE DISORDER,
5  POST-TRAMATIC STRESS DISORDER,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __13__, 20__07__

_Willie Weaver_
(Plaintiff's signature)

COMPLAINT                - 4 -