IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>   Plaintiff,<br><br> vs.<br><br>CORRECTIONAL OFFICER DANIAL,<br>   Defendant(s). | No. C 07-05961 JW (PR)<br><br>JUDGMENT |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not apply for leave to proceed in forma pauperis nor pay the filing fee, so on November 27, 2007, this Court's clerk sent him a notice that he must do so within thirty days or the case would be dismissed. Although that deadline has since passed, plaintiff has not complied.

For the foregoing reasons, this case is DISMISSED without prejudice. Judgment is entered accordingly. The clerk shall close the file.

DATED: January 18, 2008

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver05961_judgment.def-ifp.wpd