FILED
JAN 1 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
Plaintiff,

vs.

PELICAN BAY STATE PRISON
Defendant.

CASE NO. CV 07 5961 JW (PR)

**PRISONER'S APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______________ Net: ______________

Employer: ______________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

SACRAMENTO AIR PORT 300 WEEK4

1200 MONTHLY

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No ✓

b. Income from stocks, bonds, or royalties? — Yes ___ No ✓

c. Rent payments? — Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? — Yes ___ No ✓

Spouse's Full Name: ______

Spouse's Place of Employment: ______

Spouse's Monthly Salary, Wages or Income:

Gross $______ Net $______

4. a. List amount you contribute to your spouse's support:$ ______

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_______________________________________________

_______________________________________________

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $__________ Amount of Mortgage: $__________

6. Do you own an automobile? Yes ___ No ✓

Make __________ Year __________ Model __________

Is it financed? Yes _____ No ✓ If so, Total due: $ __________

Monthly Payment: $ __________

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: __________

_______________________________________________

Present balance(s): $ __________

Do you own any cash? Yes ___ No ✓ Amount: $ __________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_______________________________________________

8. What are your monthly expenses?

Rent: $ __________ Utilities: __________

Food: $ __________ Clothing: __________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| __________ | $ __________ | $ __________ |
| __________ | $ __________ | $ __________ |
| __________ | $ __________ | $ __________ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

______________________________________________

______________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

______________________________________________

______________________________________________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/07/07 — DATE

Willie Weaver — SIGNATURE OF APPLICANT

CV 07 5961 JW

(PR)

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. This means that you **must** (check off the boxes ☑ when done):

☑ **1) Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

Each attorney representing a party must also:

☑ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, do not register again, your registration is valid for life on all ECF cases in this district.

☑ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☑ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

**Case Number:**__________________

**CERTIFICATION OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Willie Eugene Weaver J91389 for the last six months at Pelican Bay State Prison where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $13.13 and the average balance in the prisoner's account each month for the most recent 6-month period was $17.55. (20%= $3.51)

Dated: 12/20/07

Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 12-20-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 19, 2007

ACCOUNT NUMBER : J91389 BED/CELL NUMBER: BF02U 000000210S
ACCOUNT NAME : WEAVER, WILLIE EUGENE ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/01/2007 | | BEGINNING BALANCE | | | | | 10.62 |
| 07/05 | D320 | TRUST FUNDS T | 0078 CCI | | 5.32 | | 15.94 |
| 07/11* | DD30 | CASH DEPOSIT | 0197 #006 | | 67.50 | | 83.44 |
| 07/19 | W215 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 80.87 |
| 07/19 | W212 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 78.30 |
| 07/19 | W212 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 75.73 |
| 07/19 | W212 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 73.16 |
| 07/19 | W214 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 70.59 |
| 07/19 | W214 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 68.02 |
| 07/19 | W211 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 65.45 |
| 07/19 | W215 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 56.10 |
| 07/19 | W212 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 46.75 |
| 07/19 | W212 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 37.40 |
| 07/19 | W212 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 28.05 |
| 07/19 | W214 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 18.70 |
| 07/19 | W214 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 9.35 |
| 07/19 | W211 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 0.00 |
| 11/27* | DD30 | CASH DEPOSIT | 2318 ML101 | | 11.25 | | 11.25 |
| 11/27 | W211 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 9.85 |
| 11/27 | W214 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 8.45 |
| 11/27 | W215 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 7.05 |
| 11/27 | W212 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 5.65 |
| 11/27 | W212 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 4.25 |
| 11/27 | W212 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 2.85 |
| 11/27 | W214 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 1.45 |
| 11/27 | W211 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 0.05 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 07/31/2007 | H103 | DAMAGES-REFUSED TO SIGN HOLD | 0506 CCI | 2.87 |
| 07/31/2007 | H103 | DAMAGES-REFUSED TO SIGN HOLD | 0506 CCI | 2.45 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 12-20-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 19, 2007

ACCT: J91389 ACCT NAME: WEAVER, WILLIE EUGENE ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96
COUNTY CODE: SAC

CASE NUMBER: 94F09335
FINE AMOUNT: $ 5,600.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 06/01/2007 | | BEGINNING BALANCE | | 5,393.82 |
| 07/11/07 | DR30 | REST DED-CASH DEPOSIT | 75.00- | 5,318.82 |
| 11/27/07 | DR30 | REST DED-CASH DEPOSIT | 12.50- | 5,306.32 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 10.62 | 84.07 | 94.64 | 0.05 | 5.32 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 5.27- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 12-20-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY J. Kleppin
TRUST OFFICE