02/01/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
            95531.

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA

WILLIE WEAVER,

        PLAINTIFF,

VS.

CORRECTIONAL OFFICER
DANIAL,

        DEFENDANT

CASE NO. CV-07-05961
JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

NOTICE IS HERE by GIVEN that
PLAINTIFF HERE by APPEAL TO THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT FROM ORDER
OF JUDGEMENT 01/18/08

                RESPECTIBLE SUBMITTED
                Willie Weaver
                SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FORGOING IS TRUE AND CORRECT.