WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

RECEIVED JW

FEB - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONFIDENTIAL
LEGAL MAIL

9410255023 C02A

CASE NO. CV-07-059(
JW (PR)
IN THE UNITED STAT
DISTRICT COURT FOR
NORTHERN DISTRICT
CALIFORNIA 450 GOL
GATE AVENUE
SAN FRANCISCO, CA.