**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

February 11, 2008

Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

SUBJECT:   Request for Payment of Docket Fee

**Title:  WILLIE WEAVER -v- DANIAL**
**Case Number:        CV 07-05961 JW**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on 2/7/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

**RICHARD W. WIEKING, Clerk**

**by:  Cindy Vargas**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**