COPY 1 OF 2

**Filed**

APR 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

04/08/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
     PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,

     DEFENDANT(S).

CASE NO. CV-07-05961 JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE!
OFFICE OF THE CLERK!

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER DISMISSED ENTERED IN THIS ACTION 03/20/08.

RESPECTIBLE SUBMITTED

_Willie Weaver_
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT CALIFORNIA

WILLIE WEAVER,
PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,
DEFENDANT(S),

CASE NO: CV-07-05961 JW (PR)

PROOF OF SERVICE

I hereby certify that on: 04/08/08, I served a copy of the attached THREE EXACT MOTION NOTICE OF APPEAL

by placing a copy in a postage paid envelope addressed to the person(s), herein after listed, by depositing said envelope in the united states mail at: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOIN IS TRUE AND CORRECT.

Willie Weaver
SIGNATURE