WILLIE WEAVER
J.91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
                95531..

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532




02 1M
0004217666
MAILED FROM ZIP

CONFIDENTIAL
LEGAL MAIL

**PELICAN BAY
P.S.U. UNIT B-2**

9410213661

CASE NO. CV-07-059
JW (PR)
IN THE UNITED STATES
DISTRICT COURT FOR
NORTHERN DISTRICT
CALIFORNIA 450 G
GATE AVENUE
SAN FRANCISCO, CA. 9