**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

---

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 17, 2008

Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

SUBJECT:    Request for Payment of Docket Fee

   Title:  **WILLIE WEAVER -v- Correctional Officer Danial**
   Case Number:    CV 07-05961 JW
   Court of Appeals Number:

   A notice of appeal was filed with this Court on 415/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

   The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

   Sincerely,

   RICHARD W. WIEKING, Clerk

   by:  Cindy Vargas
   Case Systems Administrator

cc: U.S. Court of Appeals