UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 17, 2008

**CASE INFORMATION:**
Short Case Title: <u>WILLIE WEAVER</u>-v- <u>Pelican</u> Bay State Prison
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Jose Division, Judge James Ware
Criminal and/or Civil Case No.: <u>CV 07-05961 JW</u>
Date Complaint/Indictment/Petition Filed: 11/27/07
Date Appealed order/judgment *entered* 3/20/08
Date NOA *filed* 4/15/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)        ☐ denied in full (send record)
                           ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number:
*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: 4/17/08
Date FP granted:                         Date FP denied: 1/31/08
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                       Appellee Counsel:
Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                          9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>