UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**RECEIVED**
APR 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

April 17, 2008

**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

APR 2 2 2008

FILED _____
DOCKETED _____
     DATE        INITIAL

**CASE INFORMATION:**
Case Title: WILLIE WEAVER -v- Pelican Bay State Prison
Court of Appeals No. (leave blank if a unassigned  06-80097
U.S. District Court, Division & Judge Name: San Jose Division, Judge James Ware
Criminal and/or Civil Case No.: CV 07-05961 JW
Date Complaint/Indictment/Petition Filed: 11/27/07
Date Appealed order/judgment *entered* 3/20/08
Date NOA *filed* 4/15/08
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number:
*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: 4/17/08
Date FP granted:                         Date FP denied: 1/31/08
Is FP pending? ☐ yes ☐ no                Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:              Appellee Counsel:
Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:              Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:           9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Cindy Vargas